**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1525**

ROBERT WARREN; JACQUELIN WARREN,

                    Plaintiffs - Appellants,

          v.

SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP; ADAM M.
GOTTSEGEN,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.    Terrence W. Boyle,
District Judge.   (7:10-cv-00071-BO)

Submitted:  January 26, 2012          Decided:  February 17, 2012

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig M. Shapiro, KEOGH LAW, LTD, Chicago, Illinois; Richard J.
Rubin, Santa Fe, New Mexico, for Appellants.    John D. Burns,
Camden R. Webb, Erica T. Meyers, WILLIAMS MULLEN, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Warren and Jacquelin Warren appeal the district court's order dismissing their complaint under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Warren v. Smith Debnam Narron Drake Saintsing & Myers, LLP, No. 7:10-cv-00071-BO (E.D.N.C. Apr. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED